IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 9 - 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-02222-BNB

LILBERT BEASLEY, JR.,

    Plaintiff,

v.

MR. GRAY 9853, Janitorial Instructor, and
MR. MCLAUGHLIN, Doctor,

    Defendants.

---

ORDER DISCHARGING SHOW-CAUSE ORDER AND DRAWING CASE
TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

---

On December 14, 2006, the Court ordered Plaintiff Lilbert Beasley, Jr., to show cause why the instant Prisoner Complaint should not be dismissed for failure to exhaust the Colorado Department of Corrections' (DOC) three-step, administrative-grievance procedure. On January 4, 2006, Mr. Beasley filed his response to the order to show cause. In the response, Plaintiff demonstrated that the complaint should not be dismissed at this time for failure to exhaust the DOC's grievance procedure.

Therefore, the December 14, 2006, order directing Mr. Beasley to show cause will be discharged. This case will be drawn to a district judge and to a magistrate judge. Accordingly, it is

ORDERED that the December 14, 2006, order directing Plaintiff to show cause is discharged. It is

FURTHER ORDERED that Plaintiff's motion for copies titled "D.C.COLO.LCivR

45.1 Subpoena Service" filed on November 15, 2006, is denied as premature and that Plaintiff's motion for assignment of this case titled "D.C.COLO.LCivR 40.1 Assignment of Cases" filed on November 29, 2006, is denied as unnecessary. It is

FURTHER ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED January 9, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-02222-BNB

Lilbert Beasley
Prisoner No. 115474
Buena Vista Corr. Facility
PO Box 2017 - East 2-5-6
Buena Vista, CO 81211

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 1-9-07

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk