# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No. 06-cv-02222-REB-BNB

LILBERT BEASLEY, JR.,

Plaintiff,

v.

MR. GRAY 9853, Janitorial Instructor, and
MR. MCLAUGHLIN, Doctor,

Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLO.

**JAN 19 2007**

GREGORY C. LANGHAM
CLERK

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

**Blackburn, J.**

This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed *in forma pauperis*.

**THEREFORE, IT IS ORDERED** as follows:

1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from each of the defendants;

2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d);

3. That all costs of service shall be advanced by the United States; and

4. That after service of process, any defendant or counsel for any defendant having been served shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

Dated January 18, 2007, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-02222-REB-BNB

Lilbert Beasley, Jr.
Prisoner No. 115474
Buena Vista Corr. Facility
PO Box 2017 - Unit East 2-N-14
Buena Vista, CO 81211

Mr. Gray #9853, and
Mr. McLaughlin - WAIVER*
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**


I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Host for service of process on Mr. Gray #9853, and Mr. McLaughlin, and to John Suthers: COMPLAINT FILED 11/06/06, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 1/19/07.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk