IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02222-REB-BNB

LILBERT BEASLEY, JR.,

Plaintiff,

v.

MR. GRAY 9853, Janitorial Instructor, and
MR. MCLAUGHLIN, Doctor,

Defendants.
_____

**ORDER**
_____

This matter is before me on a paper filed by the plaintiff entitled **D.C.Colo.LcvR 55.2 Inspection of Evidence** [Doc. #29, filed 4/20/07] (the "Paper").

The Federal Rules of Civil Procedure provide that "[a]n application to the court for an order shall be by motion which . . . shall state with particularity the grounds therefor, and shall set forth the relief or order sought." Fed.R.Civ.P. 7(b). The Paper is incomprehensible and fails to specify either the grounds for relief or the nature of the relief sought. Accordingly:

IT IS ORDERED that the Paper is STRICKEN.

Dated May 3, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge