IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 06-cv-02222-REB-BNB

LILBERT BEASLEY, JR.,

    Plaintiff,

v.

MR. GRAY 9853, Janitorial Instructor, and
MR. MCLAUGHLIN, Doctor,

    Defendants.

---

## ORDER ADOPTING RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

    This matter is before me on the following: 1) the defendants' **Motion To Dismiss** [#23], filed March 20, 2007; 2) the **Recommendation of United States Magistrate Judge** [#54], filed February 7, 2008; and 3) the plaintiff's **Motion To Response To Recommendation of United States Magistrate Judge** [#57], filed February 26, 2008. I construe the plaintiff's February 26, 2008, filing as a statement of the plaintiff's objections to the magistrate judge's recommendation. I overrule the objections, approve and adopt the recommendation, and grant the motion to dismiss.

    As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections has been filed, and have considered carefully the recommendation, the objections, and applicable caselaw. In addition, because the

plaintiff, Lilbert Beasley, is proceeding *pro se*, I have construed his filings generously and with the leniency due to *pro se* litigants.  **See Erickson v. Pardus**, ___ U.S.___, 127 S. Ct. 2197, 2200 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991).

The magistrate judge's recommendation is detailed and well-reasoned.  The plaintiff's objections are imponderous and without merit.  Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Recommendation of United States Magistrate Judge** [#54], filed February 7, 2008, is **APPROVED AND ADOPTED** as an order of this court;

2.  That the objections stated in the plaintiff's **Motion To Response To Recommendation of United States Magistrate Judge** [#57], filed February 26, 2008, are **OVERRULED**;

3.  That the defendants' **Motion To Dismiss** [#23], filed March 20, 2007, is **GRANTED**;

4.  That **JUDGMENT SHALL ENTER** for the defendants, Mr. Gray and Mr. McLaughlin, against the plaintiff, Lilbert Beasley;

5.  That the defendants, Mr. Gray and Mr. McLaughlin, are **AWARDED** their costs to be taxed by the Clerk of the Court pursuant to F<small>ED</small>. R. C<small>IV</small>. P. 54(d)(1) and D.C.COLO.LCivR 54.1; and

6. That this case is **DISMISSED**.

Dated March 4, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**