# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No.06-cv-02222-REB-BNB

LILBERT BEASLEY, JR.,

    Plaintiff,

v.

MR. GRAY 9853, Janitorial Instructor, and
MR. MCLAUGHLIN, Doctor,

    Defendants.

## MINUTE ORDER[1]

    On March 25, 2008, the plaintiff filed a letter [#62] which I read as a motion asking the court to: 1) provide the plaintiff with a copy of the discovery in this case; and 2) refund to the plaintiff's father the filing fee paid by the plaintiff in this case. The motion is **DENIED**.

    Dated: August 14, 2008

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.